**WO**

NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Stein,<br><br>    Plaintiff,<br><br>vs.<br><br>Kristen Huffman; Michael Meehan; Travelers Insurance Company; Standard Pacific of Arizona,<br><br>    Defendants. | No. CV-09-02072-PHX-FJM<br><br>**ORDER** |

The court has before it plaintiff Michael Stein's notice of jurisdictional defect (doc. 12). He filed this personal injury action pro se premised on diversity jurisdiction, 28 U.S.C. § 1332. He has obtained counsel and now acknowledges that complete diversity of citizenship is absent, which is apparent from the complaint.

**IT IS THEREFORE ORDERED DISMISSING** this action without prejudice for lack of jurisdiction.

DATED this 10th day of March, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge